No. 94–1845. NORTON ET AL. v. HOUSTON INDUSTRIES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1846. BARNARD v. JACKSON COUNTY ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–1848. BMMG, INC., ET AL. v. AMERICAN TELECAST CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1849. EAGLESTON v. GUIDO ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–1850. CZEKAJ ET AL. v. CALIFORNIA. App. Dept., Super. Ct. Cal., Santa Barbara County. Certiorari denied.

No. 94–1851. M & J COAL CO. ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 94–1853. CASTRIOTTA v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 94–1854. BARKAUSKAS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 94–1856. CANDELA v. WOODS. C. A. 2d Cir. Certiorari denied.

No. 94–1858. SPOTTEDWOLF ET AL. v. WOODS PETROLEUM CORP. ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–1859. POWELL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–1861. MARTINEZ MUSQUIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–1863. VERSA PRODUCTS CO., INC. v. BIFOLD CO. (MANUFACTURING) LTD. C. A. 3d Cir. Certiorari denied.